

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-20-00609-CV

**OPUS AE GROUP, L.L.C.,**
Appellants

v.

**AKF GROUP, LLC,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10826
Honorable Aaron Haas, Judge Presiding

# O R D E R

The fourth agreed motion for an extension of time for appellant to file a response to our show cause order and a brief is GRANTED. Appellant's response and brief are due on or before **July 14, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court